MATTHEW H. DAWSON (State Bar No. 307350)
mdawson@kslaw.com
KING & SPALDING LLP
601 South California Avenue, Suite 100
Palo Alto, CA 94304
Telephone: +1 650 422 6700
Facsimile: +1 650 422 6800

ZACHARY A. MCENTYRE (admitted *pro hac vice*)
zmcentyre@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521
Tel: 404-572-4600
Fax: 404-572-5100

Attorneys for Defendant NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PIERS BLEWITT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.,<br><br>Defendant. | Case No. 3:17-cv-1275-WHO<br><br>**ORDER GRANTING DEFENDANT NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.'S MOTION FOR ADMINISTRATIVE RELIEF AND CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE** |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | On June 2, 2017, Defendant National Consumer Telecom & Utilities Exchange, Inc. |
| 3 | ("NCTUE") submitted a motion for administrative relief and requested that the initial case |
| 4 | management conference scheduled for June 13, 2017 be continued for at least two weeks. |
| 5 | Having reviewed the parties' submissions, and having considered all other issues presented to the |
| 6 | Court, the Court finds good cause for the continuance. Accordingly, IT IS HEREBY |
| 7 | ORDERED that NCTUE's Motion for Administrative Relief is GRANTED, that the initial case |
| 8 | management conference is continued until June 27, 2017 at 2:00 p.m., and that any attendant |
| 9 | deadlines under the Federal and Local Rules are also continued. |

Dated: June 5, 2017

/s/ W. H. Orrick

The Honorable William H. Orrick
U.S. District Court Judge, Northern District of California