1  MATTHEW H. DAWSON (State Bar No. 307350)
   mdawson@kslaw.com
2  KING & SPALDING LLP
3  601 South California Avenue, Suite 100
   Palo Alto, CA 94304
4  Telephone:   +1 650 422 6700
   Facsimile:   +1 650 422 6800
5
6  ZACHARY A. MCENTYRE (admitted *pro hac vice*)
   zmcentyre@kslaw.com
7  KING & SPALDING LLP
   1180 Peachtree Street, N.E.
8  Atlanta, GA 30309-3521
   Tel: 404-572-4600
9  Fax: 404-572-5100

10
   Attorneys for Defendant NATIONAL CONSUMER TELECOM &
11 UTILITIES EXCHANGE, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PIERS BLEWITT, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.,<br><br>    Defendant. | Case No. 3:17-cv-1275-WHO<br><br>**JOINT STIPULATION AND ORDER CONTINUING THE HEARING DATE ON NCTUE'S MOTION FOR SUMMARY JUDGMENT** |

# **JOINT STIPULATION AND [PROPOSED] ORDER**

Through their respective counsel, and pursuant to Local Rules 6-2 and 7-12, Plaintiff Piers Blewett and Defendant National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE") submit this stipulated request for an order changing time.

WHEREAS, the Court previously ordered that any motions for summary judgment be heard on November 14, 2018 at 2:00 PM;

WHEREAS, NCTUE filed a Motion for Summary Judgment on September 19, 2018;

WHEREAS, the Plaintiff filed a brief opposing NCTUE's Motion for Summary Judgment on October 3, 2018;

WHEREAS, the Court granted the parties' joint request that the deadline for NCTUE to file its reply brief be extended by seven days until October 17, 2018;

WHEREAS, NCTUE filed a reply brief in support of its motion for summary judgment on October 17, 2018; and

WHEREAS, the parties are currently engaged in worthwhile settlement discussions that both parties are hopeful will bear fruit if given more time;

The parties stipulate through respective counsel, subject to the approval of the Court, that the hearing date for NCTUE's motion for summary judgment be continued until January 23, 2019 at 2:00 PM.

With apologies to the Court for any inconvenience, the parties also respectfully request relief from the requirement in Local Rule 6-1(b) that "[a]ny stipulated request or motion which affects a hearing or proceeding on the Court's calendar must be filed no later than 14 days before the scheduled event."

Dated: November 5, 2018

Respectfully submitted,

KING & SPALDING LLP

_____/s/_____
Matthew H. Dawson
601 S. California Ave., Suite 100
Palo Alto, CA 94304
Telephone: (650) 422 6700
Facsimile: (650) 422 6800

*Attorney for Defendant National Consumer Telecom & Utilities Exchange, Inc.*

FRANCIS & MAILMAN, P.C.

_____/s/_____
John Soumilas (admitted *pro hac vice*)
100 South Broad Street, Suite 1902
Philadelphia, PA 19110
Telephone: (215) 735 8600
Facsimile: (215) 940 8000
jsoumilas@consumerlawfirm.com

*Attorney for Plaintiff Piers Blewett*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: \_\_November 8\_\_, 2018

_____
The Honorable William H. Orrick
U.S. District Court Judge, Northern District of California